IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TRAVELERS INDEMNITY COMPANY )
OF CONNECTICUT, et al,                    )          Case No. 8:09CV343
                                                        )
                  Plaintiff,                          )
                                                        )
          vs.                                          )
                                                        )          **ORDER**
BLASE BROTHERS, L.L.C, et al.,            )
                                                        )
                  Defendant.                       )

          Upon notice of settlement given to the magistrate judge by Robert S. Lannin, counsel for Defendants,

          **IT IS ORDERED:**

          1.  On or before **September 2, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

          2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

          3.  The pretrial conference with the undersigned set for August 23, 2010, is cancelled upon the representation that this case is settled.

          Dated this 2ND day of August, 2010.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge