IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, as subrogee of American Flyer Racing, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BLASE BROTHERS, L.L.C., a Nebraska Limited Liability Corporation, and BRIAN BLASE, <br><br> Defendants, | CASE NO. 8:09CV343 <br><br><br><br> ORDER AND FINAL JUDGMENT |

This matter is before the Court on the parties' joint stipulation for dismissal (Filing No. 27). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 27) is approved;

2. This case is dismissed with prejudice; and

3. Each party will pay its own costs and attorney fees.

DATED this 1st day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge